UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERRON ORTIZ,
                          Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
------------------------------------------------------------X

19 CIVIL 8845 (KHP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 21, 2020, that the decision of the Commissioner of Social Security is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          July 21, 2020

                                      **RUBY J. KRAJICK**
                                      Clerk of Court
              BY:
                                      Deputy Clerk